1
2
3
4
5
6
7

8                        IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CLIFFORD ABREU,

11             Plaintiff,                    No. CIV S-10-1621 JAM KJM P

12      vs.

13   MATTHEW L. CATE, et al.,

14             Defendants.                   ORDER

15   _____/

16             Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17   to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28

18   U.S.C. § 1915.  However, the certificate portion of the request which must be completed by

19   plaintiff's institution of incarceration has not been filled out and signed by an appropriate prison

20   official.  Also, plaintiff has not filed a certified copy of his prison trust account statement for the

21   six month period immediately preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).

22   Plaintiff will be provided the opportunity to submit a completed in forma pauperis application

23   and a certified copy in support of his application.

24   /////
25   /////
26   /////

1

1   In accordance with the above, IT IS HEREBY ORDERED that:

2   1. Plaintiff shall submit, within thirty days from the date of this order, a completed affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court;

3   2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner; and

4   3. Plaintiff shall submit, within thirty days from the date of this order, a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: September 9, 2010.

_____
U.S. MAGISTRATE JUDGE

4
abre1621.3c+.new