IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CLIFFORD ABREU,** | Case No. 2:10-cv-1621 JAM-CKD P |
| Plaintiff, | **ORDER** |
| v. | |
| **MATTHEW L. CATE, et al.,** | |
| Defendants. | |

    On August 11, 2011, Defendants sought a second extension of time of twenty-one days in which to respond to Plaintiff's discovery requests. Good cause appearing, Defendants' request (Docket No. 26) is granted. Defendants have until September 1, 2011 to respond to Plaintiff's Requests for Interrogatories and Documents, and Plaintiff's Requests for Admissions.

    **Dated: August 15, 2011**

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

3
abre1621.eot

1