IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLIFFORD ABREU,

    Plaintiff,             No. CIV-S-10-1621 JAM CKD P

    vs.

MATTHEW L. CATE, et al.,

    Defendants.           ORDER

_____/

    On November 15, 2011 defendants filed a motion for summary judgment. Plaintiff has not opposed the motion. Good cause appearing, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall file an opposition to the motion for summary judgment or a statement of non-opposition. Failure to comply with this order will result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

Dated: January 11, 2012

                       _____
                       CAROLYN K. DELANEY
                       UNITED STATES MAGISTRATE JUDGE

3
abre1621.46osc

1