IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLIFFORD ABREAU

    Plaintiff,                    No. CIV S-10-1621 JAM CKD P

    vs.

MATTHEW L. CATE, et al.

    Defendants.               ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with an action under 42 U.S.C. § 193. On November 10, 2011, plaintiff filed a motion to compel responses to discovery requests. Defendants have not filed an opposition. The court will order them to show cause why the motion to compel should not be granted.

        Accordingly, IT IS HEREBY ORDERED that defendants have seven days from the entry of this order in which to show cause why the motion to compel (Docket No. 32) should not be granted.

Dated: May 17, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

3/abre1621.osc

1