1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    CLIFFORD ABREU,                              No.  10-cv-1621 JAM CKD P

12              Plaintiff,

13        v.                                       ORDER

14    MATTHEW L. CATE, et al.,

15              Defendants.

16

17        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19   28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On July 1, 2013, the magistrate judge filed findings and recommendations herein which

21   were served on all parties and which contained notice to all parties that any objections to the

22   findings and recommendations were to be filed within fourteen days.  Neither party has filed

23   objections to the findings and recommendations.

24        The court has reviewed the file and finds the findings and recommendations to be

25   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

26   ORDERED that:

27   /////

28   /////

                                                 1

1      1. The findings and recommendations filed July 1, 2013, are adopted in full;

2      2. Defendants' November 20, 2013 motion for summary judgment (ECF No. 54) is

3  granted in part and denied in part as follows:

4          A.  Granted with respect to plaintiff's claims arising under the Americans with

5          Disabilities Act;

6          B.  Granted as to plaintiff's Eighth Amendment claims against defendants

7          Williams, Cate, Subia, and Martel; and

8          C.  Denied as to plaintiff's Eighth Amendment claims against defendants Miranda,

9          Robinson, Davis and Smith.

10     3. Plaintiff shall file his pretrial statement within 30 days.  Plaintiff's failure to file a

11  pretrial statement within 30 days will result in a recommendation that this action be dismissed.

12     4. All remaining defendants shall file their pretrial statement or statements within 21 days

13  of service of plaintiff's.

14
DATED:   September 4, 2013
15
16                                  /s/ John A. Mendez_____
                                    UNITED STATES DISTRICT COURT JUDGE
17

18

19

20

21

22

23

24

25

26

27

28

2