IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CLIFFORD ABREU,** | Case No. 2:10-cv-1621 JAM-CKD (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **MATTHEW L. CATE, et al.,** | |
| Defendants. | |

Good cause appearing, **IT IS HEREBY ORDERED** that defendant C. Smith, M.D. is dismissed, with prejudice, from this action.

Dated: June 12, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE