1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  MONICA N. ANDERSON, State Bar No. 182970
   Supervising Deputy Attorney General
3  KELLI M. HAMMOND, State Bar No. 217485
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA  94244-2550
    Telephone:  (916) 322-4638
6   Facsimile:  (916) 324-5205
   *Attorneys for Defendants Davis, Miranda, and Robinson*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CLIFFORD ABREU**, <br><br>           Plaintiff, <br><br>     v. <br><br> **MATTHEW L. CATE, et al.**, <br><br>           Defendants. | Case No. 2:10-cv-1621 JAM-CKD (PC) <br><br> **STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** <br> **(Fed. R. Civ. P. 41(a)(1)(A)(ii))** |

Plaintiff Clifford Abreu and Defendants Miranda, Davis, and Robinson have resolved this case in its entirety.  Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Each party shall bear its own litigation costs and attorney's fees.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

1  It is so stipulated.

3  Dated:   6-9-14                                          */s/ Clifford Abrea*
4                                                            Plaintiff,

6  Dated:   6-9-14                                          */s/ Kelli M. Hammond*
7                                                            Kelli M. Hammond
                                                             Deputy Attorney General
8                                                            California Attorney General's Office
                                                             *Attorney for Defendants*

11  In accordance with the parties' stipulation, this action is dismissed with prejudice. The Clerk of the Court shall close the file.  **IT IS SO ORDERED**.

14  Dated:  December 18, 2014

    _____
    KENDALL J. NEWMAN
    UNITED STATES MAGISTRATE JUDGE

19  SA2011300513
    CLS Blanks for USDC.rtf

2

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (2:10-cv-1621 JAM-CKD (PC))